RE; C07 4921 (TEH)                                        MARCH13,2008
ROBERT WALTERS
    V
M.EVANS ET AL.                                    C 07-4921 TEH

TO THE COURT CLERK,

I am an inmate in a california department of corrections and filed this case several months ago I also sent you 1400 pages of paperwrk and subpeona's however I have not heard anything back on my case whether it was excepted for informa pauperis and whether or not the defendents have been served I have not received anything about this case other than a stamped copy of the case itself because I am a layperson and have no knowledge of law it is imperative that you respond to me to let me knowif this case has been excepted and what I need to do to please the court's you have not sent me a court scheduleor how much if any I need to pay on my informa pauperis I am at a loss as to what is going on with this case? HAS the judge even excepted this case for reveiw?

THANKYOU VERY MUCH,
ROBERT WALTERS

FILED
MAR 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAR 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA