UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT WILLIAM WALTERS,

        Plaintiff,

  v.

M. EVANS et al,

        Defendant.
                              /

Case Number: CV07-04921 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert William Walters #: K-19120
Kern Valley State Prison
P.O. Box 5103, C6-104
Delano, CA 93216-5102

Prison Trust Account Office
Kern Valley State Prison
PO Box 5103
Delano, CA 93216

USDC - Finance Dept.

Dated: March 27, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk