UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM WALTERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. EVANS et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV07-04921 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert William Walters #: K-19120
Kern Valley State Prison
P.O. Box 5103, C6-104
Delano, CA 93216-5102


Dated: June 13, 2008

　　　　　　　　　　　　　　　　*kfespinosa*
　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　By: R.B. Espinosa, Deputy Clerk