USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:07-cv-04921-TEH   Document 13   Filed 07/30/2008   Page 1 of 5

(19)

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Robert Williams Walters | C-07-4921-TEH (PR) |
| DEFENDANT | TYPE OF PROCESS |
| M. Evans, Warden, et al. | Summons, Complaint & Orders |

FILED
JUL 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Moore, Registered Nurse
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA 93960-1020

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Robert William Walters, #K19120
Kern Valley State Prison
P.O. Box 5103   C6-104
Delano, California 93216-5102

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 22 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (415) 522-2067
DATE: 6/18/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 11 | No. 11 | | 7/2/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date | Time | ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | | 0 | $0.00 |

REMARKS: 7/15/08 - mailed s/c with 299 form
7/29/08 - Rec'd s/c from L/c at Salinas Valley State Prison - s/c mailed by L/c (Last known Address and Returned (as Undeliverable))

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION         ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS**
**SALINAS VALLEY STATE PRISON**
Litigation Coordinator
31625 Highway 101
P.O. Box 1020
Soledad, CA 93960

(831) 678-5573



July 28, 2008

United States Department of Justice
United States Marshal's Service
**Attn: Ramona – Civil Desk**
P.O. Box 36056
450 Golden Gate Ave.
San Francisco, CA   94102

To Whom It May Concern:

Subject:    WAIVER OF SERVICE SUMMONS AND COMPLAINT
            **Walters v. Evans**
            **USDC, ND, CASE NO. CV 07-4921**

The enclosed Waiver of Service of Summons and Complaint for the below listed named defendant(s) is/are returned to your attention for the following reason(s).

| NAME OF DEFENDANT | REASON FOR NON DELIVERY |
|---|---|
| Nina Moore | Attempted to contact this individual at last known address via mail, but Postal service returned to sender "undeliverable as addressed". |

If you have any questions, please contact me at (831) 678-5573

E. Donnelly
Litigation Coordinator

RTS-DOJ-SAN FCO

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Calfornia

ROBERT WILLIAM WALTERS, )
Plaintiff )
v. ) Civil Action No.   C-07-4921-TEH (PR)
M.. EVANS, Warden, et al., )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

"Pls. See Attachment for the Info."

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Robert William Walters, #K19120
Kern Valley State Prison
P.O. Box 5103, Delano, California 93216

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___6/18/2008___

Richard W. Wieking
Name of clerk of court

Thelma Nudo
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ \_\_\_\_0.00\_\_\_\_.

Date: _____

                                                                           Server's signature

                                                                           Printed name and title

                                                                           Server's address

## ATTACHMENT

**TO: (Name & Address of Defendant(s))**

*Dr. Charles Lee*
*Dr. Reynaldo Cordero,*
*Dr. Helmar*
*Dr. R. Nanduri*
*Dr. Robert Bowman*
*Dr. Rachel Tortolini*
*Dr. Navneet Adya*
*Dr. Randolph Gibbs*
*Lovesia Bey*
*C. Cuykendal, Medical Technical Assistant*
*J. Armstrong, Licensed Vocational Nurse*
*C. Backlin, Registered Nurse*
*L. Castro, Licensed Vocational Nurse*
*C. Moss, Licensed Vocational Nurse*
*A. Carroll, Registered Nurse*
*Moore, Registered Nurse*
*Johnson, Medical Technical Assistant*
*Garcia, Medical Technical Assistant*
**Salinas Valley State Prison**
31625 Highway 101
P.O. Box 1020
Soledad, California 93960-1020


*Dr. Ismail Patel*
*Dr. Marta Spaeth*
*Dr. Ashreff Youseff*
*Lynn Rumsey, Licensed Vocational Nurse*
**Kern Valley State Prison**
3000 West Cecil Avenue
P.O. Box 6000
Delano, California 93216-6000