**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Robert Williams Walters | C-07-4921-TEH (PR) |
| DEFENDANT | TYPE OF PROCESS |
| M. Evans, Warden, et al. | Summons, Complaint & Orders |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
A. Carroll, Registered Nurse
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA 93960-1020

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Robert William Walters, #K19120
Kern Valley State Prison
P.O. Box 5103   C6-104
Delano, California 93216-5102

FILED
AUG 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORN

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 22 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (415) 522-2067
DATE: 6/18/08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 11 | No. 11 | | 7/2/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date | Time | ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $9.00 | | | | | $0.00 |

REMARKS: 7/15/08 - Mailed s/c with 499 Form
8/5/08 - Attempted to contact - Returned to Sender by Postal Service per Lit. Coordinator at SVSP

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION       ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS**
**SALINAS VALLEY STATE PRISON**
Litigation Coordinator
31625 Highway 101
P.O. Box 1020
Soledad, CA 93960



(831) 678-5573

August 4, 2008

United States Department of Justice
United States Marshal's Service
**Attn: Ramona – Civil Desk**
P.O. Box 36056
450 Golden Gate Ave.
San Francisco, CA   94102

To Whom It May Concern:

Subject:   WAIVER OF SERVICE SUMMONS AND COMPLAINT
           **Walters v. Evans**
           USDC, ND, CASE NO. CV 07-4921

The enclosed Waiver of Service of Summons and Complaint for the below listed named defendant(s) is/are returned to your attention for the following reason(s).

| NAME OF DEFENDANT | REASON FOR NON DELIVERY |
|---|---|
| A. CARROLL Registered Nurse | Attempted to contact this individual at last known address via overnight mail, but Postal service returned to sender "undeliverable unable to obtain required signature". |

If you have any questions, please contact me at (831) 678-5573

E. Donnelly
Litigation Coordinator

Cc: J. Wolff, Supervising Deputy Attorney General
    C. Bernstein, Assistant General Counsel

RTS-DOJ-SAN FCO