USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

18

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Robert Williams Walters | C-07-4921-TEH (PR) |
| DEFENDANT | TYPE OF PROCESS |
| M. Evans, Warden, et al. | Summons, Complaint & Orders |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Johnson, Medical Technical Assistant
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA 93960-1020

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Robert William Walters, #K19120
Kern Valley State Prison
P.O. Box 5103   C6-104
Delano, California 93216-5102

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 22 |
| Check for service on U.S.A. | |

FILED AUG 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (415) 522-2067
DATE: 6/18/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 7/2/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| ¢ .60 | | | | 0 | $0.00 |

REMARKS: 7/15/08- Mailed to Salinas Valley State Prison w/ 299 Form
8/26/08- S/c Ret'd by L/c from SVSP- individual no longer there unable to locate- contact

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION  ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS**
**SALINAS VALLEY STATE PRISON**
**Litigation Coordinator**
31625 Highway 101
P.O. Box 1020
Soledad, CA 93960

(831) 678-5573

August 25, 2008

U.S. Marshals Service
Attn: Ramona – Civil Desk
450 Golden Gate Ave
San Francisco, Ca 94102

Subject:  WAIVER OF SERVICE SUMMONS AND COMPLAINT
**Walters v. Evans**
USDC, ND C 07-4967 4921

The enclosed Waiver of Service of Summons and Complaint for the below listed named defendant(s) is/are returned to your attention for the following reason(s).

| NAME OF DEFENDANT | REASON FOR NON DELIVERY |
| --- | --- |
| MTA Johnson | This individual is no longer employed at Salinas Valley State Prison. An attempt was made to contact MTA Johnson at her last known home address via U. S. mail, to this day MTA Johnson has not replied. |

E. Donnelly
Litigation Coordinator

Cc: J. Wolff, Supervising Deputy Attorney General.
    C. Bernstein, Assistant General Counsel

RTS-DOJ-SAN FCO