EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
VIRGINIA I. PAPAN, State Bar No. 143659
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5956
  Fax: (415) 703-5843
  Email: Gina.Papan@doj.ca.gov

Attorneys for Defendants L. Castro, C. D. Lee, Jr., M.D., R.A. Bowman M.D., R. Cordero, I. Patel, L. Bey, Marta Spaeth, A. Youssef, J. Armstrong, C. Backlin, and C. Cuykendall

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT WILLIAM WALTERS,<br><br>                    Plaintiff,<br><br>v.<br><br>M. EVANS, et al.,<br><br>                    Defendants. | C 07-4921 TEH<br><br>**DEFENDANTS' REQUEST FOR EXTENSION OF TIME UNDER LOCAL RULE 6-3**<br><br>Judge: The Honorable<br>          Thelton E. Henderson |

    Defendants move for a forty-day extension of time, from September 11, 2008 to October 20, 2008, to file a dispositive motion. As explained more fully in counsel's accompanying declaration, Defendants make this request because not all Defendants have been served or requested representation, nor have the individual Defendants had an opportunity to review Plaintiff's medical records. Additionally, Defendants make this request because the time required to review four years of medical records is taking longer than originally expected.

    This is Defendants' first request for an extension of time. This request for an extension of

Defs.' Req. for Ext. Time                                                                         R. Walters v. M. Evans et al.<br>
C 07-4921 TEH

1

1  time is not made for any purpose of harassment, undue delay, or any improper reason. Plaintiff's
2  case will not be unduly prejudiced by the granting of this motion because Plaintiff continues to
3  receive medical treatment including a recent referral to a neurosurgeon.

4  Dated: September 8, 2008

5  Respectfully submitted,

6  EDMUND G. BROWN JR.
   Attorney General of the State of California

7  DAVID S. CHANEY
   Chief Assistant Attorney General

8  ROCHELLE C. EAST
9  Senior Assistant Attorney General

   THOMAS S. PATTERSON
10 Supervising Deputy Attorney General

   /s/ Virginia I. Papan

   VIRGINIA I. PAPAN
   Deputy Attorney General
   Attorneys for Defendants
   L.Castro, C. D. Lee, Jr., M.D., R.A. Bowman M.D.,
   R. Cordero, I. Patel, L. Bey, Marta Spaeth, A. Youssef,
   J. Armstrong, C. Backlin, and C. Cuykendall

18 20141009.wpd
   SF2008200329

Defs.' Req. for Ext. Time                                   R. Walters v. M. Evans et al.
                                                            C 07-4921 TEH

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **R. Walters v. M. Evans et al.**

Case No.:    **C 07-4921 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 9, 2008, I served the attached

**DEFENDANTS' REQUEST FOR EXTENSION OF TIME UNDER LOCAL RULE 6-3**

**DECLARATION OF VIRGINIA I. PAPAN IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Robert William Walters
CDCR #K-19120
Kern Valley State Prison
P.O. Box 6000
Delano, CA 93216-6600
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 9, 2008**, at San Francisco, California.

| M. Xiang | _[signature]_ |
|---|---|
| Declarant | Signature |