EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
VIRGINIA I. PAPAN, State Bar No. 143659
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5956
Fax: (415) 703-5843
Email: Gina.Papan@doj.ca.gov

Attorneys for Defendants L.Castro, C. D. Lee, Jr., M.D., R.A. Bowman M.D., R. Cordero, I. Patel, L. Bey, Marta Spaeth, A. Youssef, C. Backlin and C. Cuykendall

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ROBERT WILLIAM WALTERS,**<br>Plaintiff,<br>**v.**<br>**M. EVANS, et al.,**<br>Defendants. | C 07-4921 TEH<br>**DECLARATION OF VIRGINIA I. PAPAN IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME**<br>Judge: The Honorable Thelton E. Henderson |

I, Virginia I. Papan, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section. I am competent to testify to the matters set forth in this declaration, and if called to do so, I would and could so testify.

2. I am the lead defense counsel for this case, *Robert William Walters v. Evans, et al.*, Case No.C 07-4921 TEH (N.D. Cal.). Of the nineteen Defendants from two different institutions

that the Court ordered service on, only sixteen have been served and thirteen have requested representation in this case, L.Castro, C. D. Lee, Jr., M.D., R.A. Bowman M.D., R. Cordero, I. Patel, L. Bey, Marta Spaeth, A. Youssef, J. Armstrong, C. Backlin, and C. Cuykendall. We are still waiting for requests of representation from four Defendants and an additional three defendants have not yet to be served.

3. Defendants request a forty-day extension of time, up to and including October 20, 2008, to file Defendants' dispositive motion because not all Defendants have been served nor have they requested representation. As such, counsel for Defendants has been unable to contact and consult with the Defendants in this case to conduct an initial investigation and research before filing Defendants' dispositive motion or informing the Court that this case could not be resolved by such a motion.

4. Moreover, a review of Plaintiff's corrections file and medical records is extensive because Plaintiff's claims allegedly date back to an on-the-job injury that occurred in 2003/2004. Although we have begun to review Plaintiff's records, it is taking longer than expected. Plaintiff's medical records are maintained at a different prison than where the incident occurred, which means that not all Defendants have ready access to them to refresh their memories as to the facts in this case. Since this case requires a review of four years worth of records by the Defendants at three different institutions, it is necessary for Defendants to file a request for extension of time, before the approaching September 11, 2008 deadline to file a dispositive motion for summary judgment comes due in this matter.

5. Plaintiff's case will not be unduly prejudiced by the granting of this motion. Defendants are attempting to obtain additional relevant information to evaluate this case.

6. Plaintiff is confined in state prison and cannot easily be contacted concerning an extension of time.

///

///

///

///

Decl. of Virginia I. Papan in Supp. or Defs.' Req. for Ext. Time

*R. Walters v. M. Evans et al.*
C 07-4921 TEH

2

7. This request for an extension of time is not made for any purpose of harassment, undue delay, or any improper reason.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 8, 2008, in San Francisco, California.

VIRGINIA I. PAPAN
Deputy Attorney General

Decl. of Virginia I. Papan in Supp. or Defs.' Req. for Ext. Time

*R. Walters v. M. Evans et al.*
C 07-4921 TEH

3