1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **ROBERT WILLIAM WALTERS,** | C 07-4921 TEH |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| M. EVANS, et al., | |
| Defendants. | |

17      Counsel for Defendants filed a request for an extension of time, up to and including October

18   26, 2008, in which to file a dispositive motion or notify the Court that this case cannot be

19   resolved by such a motion.

20      The Court has considered Defendants' request, and finds good cause to grant this request.

21      **ACCORDINGLY, IT IS ORDERED** that Defendants' motion is GRANTED and that the

22   time to file a dispositive motion or indicate that this case cannot be resolved by such a motion is

23   extended for forty-days, up to and including October 20, 2008.  Plaintiff's opposition will be due

24   thirty days from the date Defendants' motion is filed, and Defendants' reply will be due fifteen

25   / / /

26   / / /

27   / / /

28   / / /

[Proposed] Order Grant'g Defs.' Req. Ext. Time

*R. Walters v. M. Evans et al.*
Case No. C 07-4921 TEH

1

1 | days after Plaintiff's opposition is filed.

2 | Dated: _____

The Honorable Thelton E. Henderson
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

·19

20

21

22

23

24

25

26

27

28

[Proposed] Order Grant'g Defs.' Req. Ext. Time

*R. Walters v. M. Evans et al.*
Case No. C 07-4921 TEH